JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| SEVERO GONZALEZ REYES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN et al.,<br><br>Respondents. | Case No. 5:26-cv-02440-JGB-DFM<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge, IT IS HEREBY ORDERED AND ADJUDGED that:

1.    The Petition for Writ of Habeas Corpus is GRANTED IN PART.

2.    Respondents shall provide Petitioner with an individualized bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) within seven (7) days, with instructions that: (i) the Immigration Judge has jurisdiction under § 1226(a) to consider release on bond; and (ii) at least 48 hours before the scheduled bond hearing, Petitioner and his federal habeas counsel shall receive notice of the scheduled bond hearing.

3.    Respondents shall release Petitioner from custody if Petitioner is not timely provided with the aforementioned hearing.

4.      The parties shall file a status report with the Court within ten (10) days detailing the outcome of the hearing.

Date: June 16, 2026

JESUS G. BERNAL
United States District Judge